# EXHIBIT 1

(TO BE FILED UNDER SEAL IF COURT APPROVES)

# EXHIBIT 2

(TO BE FILED UNDER SEAL IF COURT APPROVES)

# EXHIBIT 3

(TO BE FILED UNDER SEAL IF COURT APPROVES)

EXHIBIT 4

**Contact Information:**
Governor's Press Office
NYC Press Office: 212.681.4640
Albany Press Office: 518.474.8418
press.office@exec.ny.gov

**Andrew M. Cuomo** - *Governor*

## Governor Cuomo Signs Executive Order to Facilitate Voting for New Yorkers Who Were Affected by Hurricane Sandy

Printer-friendly version **Error! Hyperlink reference not valid.**

Albany, NY (November 5, 2012)

Governor Andrew M. Cuomo today signed an executive order that will greatly facilitate voting for New Yorkers who were affected by Hurricane Sandy. The Executive Order provides for any voter who is registered in a federally-declared disaster county to vote on an affidavit ballot at any poll site in New York State, regardless of where they are registered. In addition, the Executive Order also mandates every board of elections in New York State to send such affidavit ballot to the board of elections where the voter is actually registered, so that the vote is counted in the correct place. Such a vote will count for the office of President and United States Senator and for any other candidate and ballot initiative that appears on the official ballot where the voter is registered.

First responders and emergency workers involved in the Hurricane Sandy recovery efforts are also included in the Executive Order if they reside in one of the federally-declared disaster counties.

New Yorkers should attempt to vote at their regular polling place. If they cannot reach their polling site or their site is shutdown, only then should they vote at an alternative site. The only votes that will count are the votes that voters would have legally been allowed to cast at their regular polling site.

The federally-declared disaster counties include: Bronx, Kings, Nassau, New York, Queens, Richmond, Rockland, Suffolk and Westchester.

"Hurricane Sandy has already disrupted the lives of countless New Yorkers, but we will not let it disrupt anyone seeking to exercise the most fundamental of democratic rights: the right to vote," said Governor Cuomo. "Even in times of great tragedy and suffering, New Yorkers understand that we must continue to do all that we can to maintain the integrity of our system. That is why the State is making every effort to ensure that voters who are displaced from their homes because of the storm will still be able to make their voices heard on Election Day."

The County Boards of Elections (CBEs) were directed to use all available means to:

1. Provide notice to election inspectors and post the provisions of the Executive Order conspicuously on the boards' websites and at poll sites in New York State giving instruction on how to implement such Order;
2. Instruct poll workers to provide affidavit ballots and guidance to voters in accordance with the Order
3. Provide notice and guidance to voters in accordance with this Executive Order that indicates that
    - voters who reside in the counties of Nassau, Rockland, Suffolk, or Westchester, or in New York City may receive and complete an affidavit ballot at any polling place in New York State
    - the voter's vote will count for the office of President and United States Senator and it will also count for any other candidate for office and district as well as any ballot initiative that appears on the official ballot in the voter's home district.

For example, a voter staying with family in Orange County who was displaced from Westchester, would be entitled to vote for statewide contests and Supreme Court (because those 2 counties share a judicial district) and possibly a Congressional or State Senate contest. A voter who sought refuge further upstate might be eligible to vote only in the statewide contests, as they would share no other offices/contests.

Below is the text of the Executive Order:

No. 62

E X E C U T I V E O R D E R

**TEMPORARY SUSPENSION OF PROVISIONS RELATING TO THE ELECTION LAW**

**WHEREAS**, on October 26, 2012, I issued Executive Order Number 47, declaring a disaster emergency in all 62 counties in the State of New York; and

**WHEREAS**, New York State is firmly committed to holding a fair and accessible general election and maximizing voter participation in this election; and

**WHEREAS**, Hurricane Sandy has struck a deadly blow, destroying lives, countless houses and businesses, displacing thousands of New Yorkers from their homes, disrupting transportation, the flow of commerce and daily life and complicating even the simplest and most routine acts of living; and

**WHEREAS**, New Yorkers who are victims of Hurricane Sandy should not lose their right to vote; and

**WHEREAS**, it is incumbent upon the State not to let this devastation undermine our democracy, and to actively facilitate the exercise of the fundamental, constitutional right to vote of registered voters who reside in the federally declared counties who have been impacted and displaced by Hurricane Sandy;

**NOW, THEREFORE**, I, ANDREW M. CUOMO, Governor of the State of New York, by virtue of the authority vested in me by Section 29-a of Article 2-B of the Executive Law to temporarily suspend and otherwise alter or modify specific provisions of any statute, local law, ordinance, orders, rules or regulations, or parts thereof, of any agency during a State disaster emergency, if compliance with such provisions would prevent, hinder or delay action necessary to cope with the disaster, hereby temporarily suspend and otherwise alter or modify, for the period from the date of this Executive Order until further notice, the following:

Section 8-302 of the Election Law is temporarily suspended and otherwise altered and modified so that a voter seeking to vote by affidavit ballot need not affirm that such voter is duly registered in the election district in which such voter seeks to cast an affidavit ballot if such voter is registered to vote within one of the federally declared counties or New York City.

Section 9-209 of the Election Law is temporarily suspended and otherwise modified so that every board of elections in the State shall transmit the affidavit or provisional ballot of any voter who resides in one of the federally declared counties to the board of elections wherein such voter is registered to vote to be canvassed with other affidavit and absentee ballots for the election district wherein the voter resides.

Subparagraph (iii) of Paragraph (a) of Subdivision 2 of Section 9-209 of the Election Law is temporarily suspended and otherwise altered and modified so that the board of elections for the county in which such voter resides shall cast and canvass such ballot, if it determines that such voter was entitled to vote regardless of the fact that the voter may have appeared in the incorrect polling place, provided that such vote shall not be cast and canvassed for such contests for which the person was not entitled to vote at such election.

**FURTHER**, the State Board of Elections shall promptly instruct county boards of elections on the proper implementation of this Executive Order including requiring such boards:

1. to instruct poll workers to provide affidavit ballots and guidance to voters; and
2. to provide notice and guidance to voters in accordance with this Executive Order: (a) that indicates
   that voters who reside in the counties of Nassau, Rockland, Suffolk, or Westchester, or in New York City may receive and complete an affidavit ballot at any polling place in New York State; and (b) that the voter's vote will count for the office of President and United States Senator and it will also count for any other candidate for office and district as well as any ballot initiative that appears on the official ballot in the voter's home district.

Notice of this Executive Order and its contents shall be provided by the State Board of Elections on its website and by boards of elections, at a minimum, at every poll site and on any website maintained by such boards.

G I V E N under my hand and the Privy Seal of the

State in the City of Albany this fifth day

of November in the year two thousand twelve.

BY THE GOVERNOR

Secretary to the Governor

###

EXHIBIT 5

New York State Department of Motor Vehicles

# APPLICATION FOR DRIVER LICENSE *OR* NON-DRIVER ID CARD

*PLEASE **PRINT** CLEARLY IN BLUE OR BLACK INK.*

*This form is also available on DMV's web site at:* **www.dmv.ny.gov**

Batch File No.

Image No.

LRC LAM LRN LDP LNO
LIS LIN POR PAM PRN PDP

If you are interested in applying for an Enhanced Driver License or Non-driver Identification Card (EDL/ID), or upgrading your current NYS document to an EDL/ID please see forms MV-44EDL and MV-44.1EDL.

## I AM APPLYING FOR A *(check any that apply)*:

☐ **Learner Permit** ☐ **ID card** ☐ **Renewal** ☐ **Replacement** ☐ **Change** ☐ **NYS license in exchange for a license from another US State, the District of Columbia or Canadian Province**

## VOTER REGISTRATION QUESTIONS *(Please answer "yes" or "no".)*

**If you are not registered to vote where you live now, would you like to apply to register, or if you are changing your address, would you like the Board of Elections to be notified?**

***NOTE:*** If you do not check either box, you will be considered to have decided not to register to vote.

☐ *YES* - Complete Voter Registration Application Section (Not necessary if you will be applying in person at a DMV office).

☐ *NO* - I Decline to Register/Already Registered/I do not want to notify the Board of Elections of my change of address.

## NEW YORK STATE ORGAN AND TISSUE DONATION

***SIGN BELOW*** ♥ to enroll in the NYS Department of Health's *Donate Life* SM Registry. **By signing, you are certifying that you are: 18 years of age or older; consenting to donate all of your organs and tissues for transplantation, research or both; authorizing DMV to transfer your name and identifying information to DOH for enrollment in the Registry; and authorizing DOH to allow access to this information to federally regulated organ donation organizations and NYS-licensed tissue and eye banks and hospitals, upon your death.** "ORGAN DONOR" *will be printed on the front of your DMV photo document.* You will receive a confirmation letter from DOH, which will also provide you an opportunity to limit your donation.

♥ Donor Consent Signature: ➧ ______________________ Date: __________

☐ Check this box to make a $1 voluntary contribution to the Life...Pass It On Trust Fund. The $1 donation will be added to your total transaction fee. A contribution to the Fund is used for organ donation and transplant research and educational projects promoting organ and tissue donation.

## IDENTIFICATION INFORMATION

Do you now have, or did you ever have a New York:

Driver license? . . . . . ☐ Yes ☐ No
Learner permit? . . . . ☐ Yes ☐ No
Non-driver ID Card? ☐ Yes ☐ No

*If "Yes", enter the identification number as it appears on the license, learner permit, or non-driver ID card.* →

**NYS DRIVER LICENSE, LEARNER PERMIT, or NON-DRIVER ID CARD NUMBER**

**FULL LAST NAME**

**FULL FIRST NAME**

**FULL MIDDLE NAME**

Do you have or did you ever have a driver license that is valid or that expired within the past year, issued by another US State, the District of Columbia or a Canadian Province? ☐ Yes ☐ No

If "Yes", where was it issued? ______________

Date of Expiration: | Type of License: | License ID No.:

**SUFFIX** | **DATE OF BIRTH** (Month, Day, Year) | **SEX** (Male ☐ Female ☐) | **HEIGHT** (Feet, Inches) | **EYE COLOR** | **DAY PHONE NO. *(Optional)*** Area Code ( )

**SOCIAL SECURITY NUMBER* (SSN)**

* You must provide your SSN. Authority to collect your SSN is granted by Sections 490.3 and 502 of the Vehicle and Traffic Law. The information will be used only for exchange with other jurisdictions, to assist in verification of identity, and to invoke driver license sanctions pursuant to V&T Law Section 510(4-e). Your number will not be given to the public, or appear on any form or information request.

**ADDRESS WHERE YOU GET YOUR MAIL** - *Include Street Number and Name, Rural Delivery and/or box number (If PO Box, also fill in "Address Where You Live" below)*

Apt. No. | City or Town | State | Zip Code | County

**ADDRESS WHERE YOU LIVE** *IF DIFFERENT FROM MAILING ADDRESS - DO NOT GIVE P.O. BOX.*

Apt. No. | City or Town | State | Zip Code | County

Has your name changed? ☐ Yes ☐ No
*If "Yes", print your former name exactly as it appears on your present license or non-driver ID card.*

Has your mailing address changed? ☐ Yes ☐ No

Has the address where you live changed? ☐ Yes ☐ No

**OTHER CHANGE:** What is the change and the reason for it (new license class, wrong date of birth, etc.)?

***PLEASE COMPLETE AND SIGN PAGE 2.*** ➞

**FOR OFFICE USE**

Other Restrictions

Endorsements

Vehicle Restrictions

License Class: A B C NCDL-C D DJ E ID M MJ

Special Conditions: AM PP DP LR PI LS BC ML NF UC UP UR X8 XT

STOP/RESPONSE
☐ Failed to answer summons
☐ Insurance lapse

☐ TEENS

☐ License/Permit Surrendered for Non-Driver ID Card

Proof Submitted: ☐ Birth Certificate ☐ Driver License/ID ☐ MV-45
☐ Passport ☐ Learner Permit ☐ INS Papers ☐ Credit Card
☐ Image Retrieval ☐ Social Security Card ☐ Medical Certificate (CDL Only)
Other:

Approved By | Date

Office

## DRIVER LICENSE and LEARNER PERMIT APPLICANTS ONLY

1. Have you had a driver license, learner permit, or privilege to operate a motor vehicle suspended, revoked or cancelled, or an application for a license denied in this state or elsewhere, in this or any other name? ☐ Yes ☐ No
   If "Yes", has your license, permit or privilege been restored, or your application approved? ☐ Yes ☐ No
2. Have you had, or are you currently receiving treatment or taking medication for any condition which causes unconsciousness or unawareness such as convulsive disorder, epilepsy, fainting or dizzy spells, or heart ailment? ☐ Yes ☐ No
   *If "Yes", you and your doctor must complete form MV-80U.1, even if you have been released from the Medical Review Program. This form can be obtained at any Motor Vehicles office or at www.dmv.ny.gov.*
3. Do you need a hearing aid or full view mirror while operating a motor vehicle? ☐ Yes ☐ No
4. Have you lost use of a leg, arm, hand or eye? ☐ Yes ☐ No
   4a. If you are renewing your license and answered "Yes", is this a new condition since your last license? ☐ Yes ☐ No
   4b. If you answered "NO" to 4a, has your condition worsened since your last license? ☐ Yes ☐ No

## PARENT/GUARDIAN CONSENT

☐ Junior License ☐ Non-driver ID Card (*under 16*)

I am the parent or guardian of the applicant, and I consent to the issuance of a learner permit, license or (if under 16) a non-driver ID card to him/her. I understand that I am responsible for certifying that the applicant has completed at least 50 hours of supervised "practice" driving, including 15 hours of driving after sunset, prior to the applicant taking a road test, and that this certification (MV-262) must be presented at the time of the road test. Note to parent/guardian: *If the driver license applicant is 17 years old and has a Driver Education Student Certificate of Completion (MV-285), consent is not required.*

Parent or Guardian Sign Here ➧ ______________________ ______________________ (Relationship to Applicant) __________ (Date)

### Teen Electronic Event Notification Service (TEENS)

I would like to enroll in the TEENS program to be notified if the under 18 year-old applicant receives a conviction, suspension, revocation or an accident on their license file. For more information about this program, see form MV-1046, How to Enroll in TEENS or MV-1056, TEENS FAQs. This is a ***FREE*** service. →

**NYS Client ID of Consenting Parent or Guardian Above- Required**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## COMMERCIAL DRIVER LICENSE APPLICANTS ONLY

1. **In the past 10 years, was a driver license issued to you from another state in the U.S. or the District of Columbia ?** ☐ Yes ☐ No
   *If **YES**, write the name of each one (if you turn in a license from another state, do not include that state):*
2. **You MUST certify to DMV that you operate (or expect to operate) a CMV in one of the following four driving types (select only one):**
   - ☐ **Non-excepted Interstate (NI) -** certified medical status required. *(Age 21 or older; operate/expect to operate Interstate)*
   - ☐ **Non-excepted Intrastate (NA) -**certified medical status required. *(Age 18 or older; operate/expect to operate in NYS only; must have K restriction)*
   - ☐ **Excepted Interstate (EI) -** *(Age 18 or older; operate/expect to operate Excepted Operation Only; must have A3 restriction)*
   - ☐ **Excepted Intrastate (EA) -** *(Age 18 or older: operate/expect to operate Excepted Operation Only and in NYS Only; must have A3 and K restriction)*

*If the driving type you selected requires certified medical status (NI or NA) you must provide a legible copy of your current USDOT Medical Examiner's Certificate to DMV if it is not already on file. Please see DMV form MV-44.5 if additional information is needed to help you determine your driving type.*

## CERTIFICATION

I certify that the information I have given on this application is true. If I am applying for a replacement license or non-driver identification card, I certify that the license or non-driver identification card has been lost, stolen or mutilated and that, if the lost license or non-driver identification card is found, I will turn it in to the Department of Motor Vehicles. If I am exchanging my out-of-state license for a NYS license, I certify that I was a permanent resident of the state or province in which my license was issued at the time the license was issued, that such license has been valid for at least 6 months, and that I have not failed a road test in NYS in the last 12 months. If I am a male at least 18 but less than 26 years old, I consent to be registered with the Selective Service System, if so required by federal law, and authorize the forwarding of any personal information required for such registration. My signature below also authorizes use of my credit card, if applicable.

**IMPORTANT: Making a false statement in any license or non-driver ID card application, or in any proof or statement in connection with it, or deceiving or substituting, or causing another person to deceive or substitute in connection with such application, may subject you to criminal prosecution for a misdemeanor or felony under the Vehicle and Traffic Law and/or the Penal Law.**

**SIGN HERE ➧** ______________________ **PLEASE PRINT NAME ➧** ______________________

## CREDIT CARD AUTHORIZATION IF CARDHOLDER IS NOT THE APPLICANT:

My signature authorizes ______________________ to use my credit card for payment of fees in connection with this application, and I understand that I must be present for this transaction.

**Sign Here** ➧ ______________________ (Cardholder-Sign Name in Full)

| OFFICE USE | TEST RESULTS | Applicant's Signature | Examiner's Initials |
|---|---|---|---|
| | Eye ☐ Pass ☐ Corrective Lens | 1 | |
| | Written ☐ Pass ☐ Fail | 2 | |

MV-44 (5/13)

## NEW YORK STATE VOTER REGISTRATION APPLICATION INFORMATION

*(Please read before you complete application on the other side.)*

| OFFICE USE ONLY |
|---|
| |

**Use the NYS Voter Registration Application to Register to Vote In NYS Elections, and/or:**

- change the name or address on your voter registration
- become a member of a political party
- change your party membership

**To Register You Must:**

- be a U.S. citizen;
- be 18 years old by the end of this year;
- not be in prison or on parole for a felony conviction;
- not claim the right to vote elsewhere

Información en español: si le interesa obtener este formulario de registro del votante en español, llame al 1-800-367-8683

এই ফর্মটি বাংলায় পেতে চাইলে এই নম্বরে ফোন করুন: 1-800-367-8683

한국어: 한국어 양식을 원하시면 1-800-367-8683 으로 전화하십시오.

中文資料：如果你有興趣索取本中文資料表格，請電 1 - 800 - 367-8683

If you decline to register, your decision will remain confidential. If you believe that someone has interfered with your right to register or decline to register to vote, your right to privacy in deciding whether to register or in applying to register to vote, or your right to choose your own political party or other political preference, you may file a complaint with the NYS Board of Elections, 40 Steuben Street, Albany, NY 12207-2109 (phone: 1-800-469-6872).

Your completed application will be sent to the Board of Elections and you will be notified by your County Board of Elections when your application has been processed. If you have any questions about filling out the voter registration application or registering to vote, you should call your County Board of Elections or call 1-800-FOR-VOTE (TDD/TTY Dial 711) (only for voter registration questions). If you live in New York City, you should call 1-866-VOTE-NYC. You may also find answers or tools at the NYS Board of Elections website: www.elections.ny.gov

## NEW YORK STATE VOTER REGISTRATION APPLICATION

Only fill this out if you want to register to vote or change your address or other information with the Board of Elections.

If you register to vote, your completed voter registration application will be sent directly to the Board of Elections. If you decline to register, your decision will remain confidential. You will be notified by your County Board of Elections when your voter registration application has been processed.

| | | | |
|---|---|---|---|
| Are you a citizen of the U.S.? ☐ Yes ☐ No<br>*If you answer NO, you cannot register to vote* | Will you be 18 years of age or older on or before election day? ☐ Yes ☐ No<br>*If you answer NO, you cannot register to vote unless you will be 18 by the end of the year.* | | Telephone Number (optional) |
| Have you voted before? ☐ Yes ☐ No<br>What Year? | Voting information that has changed:<br>skip if this has not changed or you have not voted before. | Your name was<br>Your address was | Your state or NYS County was: |

**Political Party**

***You must make 1 selection***
To vote in a primary election, you must be enrolled in one of these listed parties - except the Independence Party, which permits non-enrolled voters to participate in certain primary elections.

- ☐ Democratic party
- ☐ Republican party
- ☐ Conservative party
- ☐ Working Families party
- ☐ Independence party
- ☐ Green party
- ☐ Other (write in) ____________
- ☐ I do not wish to enroll in a party

**AFFIDAVIT:** I swear or affirm that

- I am a citizen of the United States.
- I will have lived in the county, city, or village for at least 30 days before the election.
- I meet all requirements to register to vote in New York State.
- This is my signature or mark on the line below.
- The above information is true, I understand that if it is not true, I can be convicted and fined up to $5,000 and/or jailed for up to four years.

Sign X ______________________________ Date ______________

MV-44 (5/13)

# **Renew** a Driver License For Fewer than 8 Years

Published 03/03/2003 07:58 AM | Updated 09/08/2011 09:26 AM

**Can I renew my NYS driver license for fewer than 8 years? What if I move to another state?**

You must **renew** your driver license for 8 years. You cannot **renew** you driver license for fewer than 8 years.

If you surrender your driver license **during the first four years** after you **renew**, you can apply for a partial refund of the **renewal** fee. You can apply for a refund of the fees for the **final four years** of your driver license. The DMV will subtract a $1.00 processing fee. You can qualify for this refund if you surrender your driver license in NYS or in another state.

The DMV web site has the instructions to apply for the driver license fee refund .

# EXHIBIT 6

(TO BE FILED UNDER SEAL IF COURT APPROVES)